IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

CASE NO.1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Ruth Willemain and Paul Peloquin

Civil Case # 17-cv-4441

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of Plaintiff Ruth Willemain. Plaintiff Ruth Willemain passed away on April 17, 2022.

Dated:  September 25, 2025

Respectfully submitted,

THORNTON LAW FIRM LLP

By: /s/ Marilyn T. McGoldrick
    Marilyn T. McGoldrick, MA BBO# 07673
    84 State Street, 4th Fl
    Boston, MA 02109
    (617)720-1333
    (617)720-2445 (Fax)
    Email:  MMcGoldrick@tenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I electronically filed the foregoing Suggestion of Death with the Clerk of the Cout using the CM/ECF system which will send notification to the CM/ECF participants registered to receive services in this MDL.

/s/ Marilyn T. McGoldrick